Appeal No. 9169343 from Judgment dated April 14, 1994, James E. Graves, Jr., Ruling Judge, Hinds County Circuit Court, First Judicial District.
F. Hall Bailey, J. William Manuel, Wise Carter Child & Caraway, Jackson, for Appellant.
Bob Plunkett, Jackson, Pro Se.
Before THOMAS, P.J., and COLEMAN and McMILLIN, JJ.
Reversed and Rendered in Part. Reversed and Remanded in Part.
FRAISER, C.J., BRIDGES, P.J., and BARBER, DIAZ, KING and SOUTHWICK, JJ., concur.
PAYNE, J., not participating.